

# DISTRIBUTION SHEET
## AYAHAM HUSSEIN HOSHAN V. MICHAEL DISTEFANO & GEICO
### DATE OF ACCIDENT: 05/23/18

| | | |
|---|---|---|
| **TOTAL SETTLEMENT:** | | $26,500.00 |
| **LESS ATTORNEY'S FEE** *(one third - $8,833.33* | | |
| *Reduced to 30% as a courtesy)* | | $7,950.00 |
| | | $18,550.00 |

**LESS COSTS:**
**CITY OF PHILADELPHIA**
*Police Report*                                $25.00
**JEANES HOSPITAL**
*Billing Records*                              $23.99
**JEANES HOSPITAL**
*Medical Records*                              $37.14
**ALEX GROSS**
*Investigative Services/Photographs*           $150.00
**NORTHEAST OPEN MRI**
*Medical Records*                              $63.69
**PROTHONOTARY**
*Filing of Complaint*                          $349.23
**SEAGULL LEGAL SERVICES**
*Attempted Service of Complaint*               $66.00
**TOTAL:**                                     $715.05                $715.05
                                                                      $17,834.95

**LESS OUTSTANDING MEDICAL BILLS**
Grossinger Neuropain Specialists - $2,000.00
*(Reduced as a courtesy)*                      $500.00
**TOTAL:**                                     $500.00                $500.00
                                                                      $17,334.95


**CLIENT PROCEEDS**                                                   **$17,334.95**


_____                    _____
            **DATE**                            **AYAHAM HUSSEIN HOSHAN**