UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Ayaham Hoshan | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 19-14742AMC |

CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Approve Personal Injury Settlement was made by electronic or Regular US Mail on all interested creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee
(Via Electronic Service)

**United States Trustee**
(Via Electronic Service)

**Murray L. Greenfield, Esq.**
murraygreenfield@verizon.net

Dated: October 1, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107